UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:14-cv-02580 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFFERY McCUMBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2014, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within seven days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 6, 2014 (ECF No. 5) are adopted in full; and

2. Plaintiff's November 4, 2014 Motion for a Temporary Restraining Order (ECF No. 3) is granted.

Dated:  November 14, 2014

_____
Troy L. Nunley
United States District Judge