IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY GOODS,** | Case No. 2:14-cv-02580 TLN KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEFFERY McCUMBER, et al.,** | |
| Defendants. | |

On July 10, 2017, defendants filed a request for extension of time to file a responsive pleading. By order filed July 11, 2017, this action was referred to the Post-Screening ADR Project and the case was stayed for 120 days. Because defendants' request was filed before the July 11 order, the undersigned partially grants defendants' request.

IT IS HEREBY ORDERED that:

1. Defendants motion (ECF No. 33) is partially granted; and

2. Defendants are relieved of their obligation to file a responsive pleading until further order of court.

Dated: July 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/good2580.eot