1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY GOODS,                          No.  2:14-cv-2580 TLN KJN P

12                   Plaintiff,

13        v.                                 ORDER

14   JEFFERY MCCUMBER, et al.,

15                   Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel.  On March 15, 2018, plaintiff

18   renewed his motion for jury trial, and filed a motion for extension of time to respond to

19   defendants' motion to dismiss.  However, in his motion for extension of time, plaintiff claims the

20   motion to dismiss was erroneously filed apparently in light of plaintiff invoking his Seventh

21   Amendment right to a jury trial.  Plaintiff is advised that his request for a jury trial has been duly

22   noted, and he is not required to continue to request a trial by jury.  However, plaintiff is advised

23   that his case will proceed to jury trial only if the court denies defendants' motion to dismiss, and

24   any dispositive motions filed by defendants are denied as well.  Fed. R. Civ. P. 56.  Defendants

25   are entitled to file a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure.

26   Plaintiff is required to file an opposition; indeed, failure to oppose the motion may result in the

27   court granting the motion, or may result in the dismissal of the action based on plaintiff's failure

28   to file an opposition.  Local Rule 230(l) ("Failure of the responding party to file written

opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . .").[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for trial by jury (ECF No. 54) is duly noted, and plaintiff shall refrain from filing further motions for jury trial;

2. Plaintiff's motion for an extension of time (ECF No. 55) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion to dismiss. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: March 19, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/good2580.36

---

[1] Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.