UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFERY McCUMBER, et al.,<br><br>  Defendants. | No. 2:14-cv-2580 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On May 29, 2018, plaintiff filed an opposition to defendants' motion to dismiss. However, plaintiff did not sign his opposition. In addition, plaintiff's opposition appears to end mid-sentence at the bottom of his page 13.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's opposition unless he signs it.

Plaintiff is granted an opportunity to re-file his complete opposition, including a signature page bearing his signature. Plaintiff is cautioned that this is not an opportunity for him to file a new or amended opposition, but rather to provide the remainder of his opposition initially submitted to prison officials for mailing on May 23, 2018. Further, plaintiff is warned that failure to submit a signed opposition could result in the dismissal of this action based on plaintiff's failure to comply with this court's order. Fed. R. Civ. P. 41(b).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a copy of plaintiff's May 29, 2018 opposition, without the banner across the top (ECF No. 60); and

2. Within twenty-one days, plaintiff shall re-file a signed and complete opposition to defendants' motion to dismiss.

Dated: July 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/good2580.r11