UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY McCUMBER, et al.,<br><br>Defendants. | No. 2:14-cv-2580 TLN KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 65) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the findings and recommendations. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: September 26, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/good2580.36(2)