UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:14-cv-2580 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFFERY McCUMBER, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file objections to the findings and recommendations pursuant to the court's order of September 5, 2018. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 67) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations. No further extensions of time will be granted.

Dated: November 1, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

good2580.36.sec(2)