UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY McCUMBER, et al.,<br><br>  Defendants. | No. 2:14-cv-2580 TLN KJN P<br><br><br><br>ORDER |

Despite the court's prior orders, plaintiff has filed a fourth request for an extension of time to file objections to findings and recommendations issued on September 5, 2018. As set forth in the prior order, plaintiff's request is denied, and the findings and recommendations will be submitted to the district court for consideration.

IT IS HEREBY ORDERED that plaintiff's request for a fourth extension of time (ECF No. 71) is denied.

Dated: January 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/good2580.36.sec(3)