UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HAMAD, et al.,<br><br>    Defendants. | No. 2:14-cv-2580 TLN KJN P<br><br><br><br>ORDER |

In accordance with the "referral notice" filed in this action on March 7, 2019, the court finds that plaintiff's appeal of the February 5, 2019 dismissal of this action is taken in good faith.

Dated: March 12, 2019

                                                KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

/good2580.gf